**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Randy Gonzales</u>
 Case No. <u>23-02837</u> Chapter <u>13</u>

All Cases: Moving Creditor <u>U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-EC1</u>        Date Case Filed <u>March 2, 2023</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing <u>06/22/2023</u> or Date Plan Confirmed _____ <u>N/A</u>

Chapter 7:    ☐ No-Asset Report filed on _____
              ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1.    Property

      a.    ☒        Home 1924 Great Falls Drive, Plainfield, IL 60586;
      b.    ☐        Car Year, Make, and Model _____
      c.    ☐        Other (describe) _____

2.    Balance Owed as of June 13, 2023: $<u>254,074.57</u>
      Total of all other Liens against Collateral: $<u>0.00</u>

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4.    Estimated Value of Collateral (must be supplied in all cases) $<u>267,000.00</u>, Schedule A/B.

5.    Default

      a.    ☐        Pre-Petition Default
            Number of months _____            Amount $_____

      b.    ☒        Post-Petition Default
      i.    ☒        On direct payments to the moving creditor
            Number of months <u>3</u>            Amount $<u>4,419.96</u>

      ii.   ☐        On payments to the Standing Chapter 13 Trustee
            Number of months _____            Amount $_____

6.    Other Allegations

      a.    ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

            i.    ☐        No insurance
            ii.   ☐        Taxes unpaid            Amount $_____
            iii.  ☐        Rapidly depreciating asset
            iv.   ☐        Other _____

      b.    ☐        No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

      c.    ☐        Other "Cause" 11 U.S.C. §362(d)(1)
            i.    ☐        Bad Faith (describe) _____
            ii.   ☐        Multiple filings

23-005554_BEW1

      iii.  ☐    Other (describe) _____

  d.    Debtor's Statement of Intention regarding the Collateral

     i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☒ No Statement of Intention Filed

Date: ___06/21/2023___

Respectfully submitted,

/s/Edward H. Cahill
_____

Edward H. Cahill (0088985)
Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Edward H. Cahill.
Contact email is ehc@manleydeas.com

(Rev. 12/21/09)

23-005554_BEW1

**MFR Post-Petition Payment History for Filing**



|  | 06/13/23 |
|---|---|
|  | Penaser M |

Preparation Date:

Prepared by:

**Loan Information:**

| Loan Number | Redacted |
|---|---|
| Debtors Name - 1 | RANDY GONZALES |
| Debtors Name - 2 | ESTATE OF CHERYL GONZALES |
| Property Address | 1924 GREAT FALLS DRIVE |
| Property State | IL |

**Bankruptcy Information:**

| Bankruptcy Case # | 23-02837 |
|---|---|
| Filing Date: | 3/2/2023 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

**Post petition due**

| Post petition due date: | 04/01/23 | | **Comment** |
|---|---|---|---|
| Post petition $$$ due: | $4,419.96 | | Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |
| Post petition insurance: | $0.00 | | |
| Post petition taxes: | $0.00 | | |
| | | | |
| Total Post petition due | **$4,419.96** | | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Running Suspense | Comments |
|---|---|---|---|---|---|
| Due | 04/01/23 | $1,473.32 | $0.00 | $1,473.32 | |
| Due | 05/01/23 | $1,473.32 | $0.00 | $2,946.64 | |
| Due | 06/01/23 | $1,473.32 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |

| | | | | |
|---|---|---|---|---|
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |
| | | $0.00 | $0.00 | $4,419.96 | |

| Total Due | | $4,419.96 | | |
|---|---|---|---|---|
| Total Received | | | $0.00 | $4,419.96 |

The contents of this document are RESTRICTED to authorized individuals.  Any unauthorized access, use or duplication is strictly prohibited.